Jeffrey A. **FINDLEY**, Appellant,

v.

**STATE of Missouri, Respondent.**

**Nos. WD 60645, WD 60681.**

Missouri Court of Appeals,
Western District.

Nov. 26, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 28, 2003.

Application for Transfer Denied
March 4, 2003.

Andrew A. Schroeder, Assistant State Public Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Andrea M. Follett, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before PAUL M. SPINDEN, P.J., PATRICIA A. BRECKENRIDGE and THOMAS H. NEWTON, JJ.

**ORDER**

PER CURIAM.

Mr. Jeffrey A. Findley appeals the motion court's denial of his Rule 24.035 motion for post-conviction relief after his guilty plea of one count of assault in the first degree pursuant to § 565.050, RSMo 1994, and one count of armed criminal action pursuant to § 571.015, RSMo 1994.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.16(b).